

2120 - Served    2220 - Not Served    2620 - Sec. of State
2121 - Alias Served    2221 - Alias Not Served
2621 - Alias Sec of State
<u>Small Claims Summons (Claims Under $10,000.00)</u>                     (12/01/20)CCM 0751 A

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

MUNICIPAL DEPARTMENT, 1RST MUNICIPAL DISTRICT

Name all Parties

Timothy Thigpen
_____
Plaintiff(s)

v.

Chicago Police Officer Jackson Star # 3481
Chicago Police Dept
3510 S. Michigan Ave
Chicago IL 60653
_____
Defendant(s)
Address of Defendant(s)

Case No. 2021 011 823

Amount Claimed: $ 9500 + Costs

* Return Date: _____

Trial Date: _____

Time: _____  ○ AM  ○ PM

Room: _____

-7 JUN 2021 07 37

-4 JUN 2021 06 25

Please serve as follows:  ☒ Certified Mail  ☐ Sheriff Service (Plaintiff check one)  ☒ Alias

### SMALL CLAIMS SUMMONS
(IL SUP. CT. RULES 281-288)

To each Defendant:
YOU ARE SUMMONED and required:
To file your written appearance by yourself or your attorney and pay the required fee

on* _____ (Return Date).

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY OFFICE LOCATIONS

- ✓ Richard J Daley Center
  50 W Washington
  Chicago, IL 60602

- District 2 - Skokie
  5600 Old Orchard Rd
  Skokie, IL 60077

- District 3 - Rolling Meadows
  2121 Euclid
  Rolling Meadows, IL 60008

- District 4 - Maywood
  1500 Maybrook Ave
  Maywood, IL 60153

- District 5 - Bridgeview
  10220 S 76th Ave
  Bridgeview, IL 60455

- District 6 - Markham
  16501 S Kedzie Pkwy
  Markham, IL 60428

- Domestic Violence Court
  555 W Harrison
  Chicago, IL 60607

- Juvenile Center Building
  2245 W Ogden Ave, Rm 13
  Chicago, IL 60602

- Criminal Court Building
  2650 S California Ave, Rm 526
  Chicago, IL 60608

### Daley Center Divisions/Departments

- Civil Division
  Richard J Daley Center
  50 W Washington, Rm 601
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Chancery Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Domestic Relations Division
  Richard J Daley Center
  50 W Washington, Rm 802
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Civil Appeals
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Criminal Department
  Richard J Daley Center
  50 W Washington, Rm 1006
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- County Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Probate Division
  Richard J Daley Center
  50 W Washington, Rm 1202
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Law Division
  Richard J Daley Center
  50 W Washington, Rm 801
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

- Traffic Division
  Richard J Daley Center
  50 W Washington, Lower Level
  Chicago, IL 60602
  Hours: 8:30 am - 4:30 pm

| Complaint - Verified | (12/01/20) CCM 0008 A |
|---|---|

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, 1RST MUNICIPAL DISTRICT

Timothy Thigpen
Plaintiff(s)

v.

Chicago Police Officer Jackson Star # 3461
Defendant(s)

Case No. 2021M1011823
Contract: _____
Amount Claimed: 9,500 + Costs
Return Date: _____

### COMPLAINT

The Plaintiff(s) claim(s) as follows (use last page if more space is required.):

See Attached Statement

-7 JUN 2021 07 37

I, Timothy Thigpen, certify that I am
(Name)

the _____ plaintiff in the above entitled action.
(Name of Attorney if applicable)

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 2

## FIRST MUNICIPAL DISTRICT CIVIL DIVISION ZOOM INFORMATION
## ZOOM MEETING IDS AND PASSWORDS

TO ACCESS ZOOM BY VIDEO, FIRST DOWNLOAD ZOOM AT HTTPS://ZOOM.US/DOWNLOAD AND SELECT ZOOM CLIENT FOR MEETINGS. ONCE DOWNLOADED, SELECT JOIN A ZOOM MEETING, THEN ENTER THE ZOOM ACCESS CODE AND PASSWORD BELOW

TO ACCESS ZOOM BY PHONE, CALL 312-626-6799

| COURTROOM | ZOOM MEETING ID | ZOOM SESSION PASSWORD |
|---|---|---|
| 409 | 924 2449 2824 | 346609 |
| 1101 | 952 3043 8872 | 317905 |
| 1102 | 941 3131 4606 | 361176 |
| 1103 | 940 3976 2351 | 872803 |
| 1104 | 980 6912 3450 | 195933 |
| 1105 | 913 0323 9166 | 858607 |
| 1106 | 912 0010 9326 | 455806 |
| 1107 | 944 9552 6331 | 228046 |
| 1108 | 964 2925 3412 | 241565 |
| 1109 | 997 7936 4780 | 652062 |
| 1110 | 937 6444 5664 | 172880 |
| 1111 | 954 6902 6707 | 121953 |
| 1112 | 939 2925 9564 | 821022 |
| 1302 | 922 8830 9469 | 480525 |
| 1304 | 968 5798 1338 | 593485 |
| 1306 | 920 4115 9796 | 715348 |
| 1307 | 947 9378 9734 | 712192 |
| 1308 | 922 9098 9545 | 499080 |
| 1310 | 954 2504 0966 | 029524 |
| 1401 | 930 9949 4868 | 544388 |
| 1402 | 914 3045 9929 | 898778 |
| 1403 | 944 1848 7325 | 087880 |
| 1404 | 938 9278 5386 | 132873 |
| 1406 | 914 5130 7835 | 826324 |
| 1408 | 953 1943 0522 | 159886 |
| 1409 | 973 7875 2758 | 026297 |
| 1410 | 987 2834 2570 | 467433 |
| 1501 | 970 2938 9818 | 380923 |
| 1503 | 939 9214 4482 | 773102 |
| 1505 | 986 6707 2390 | 532802 |
| 1510 | 919 3031 9452 | 814638 |

*REV 11.6.2020*

(stamp: -7 JUN 2021 14 05)

3303                            (12/01/20) CCG 0003

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Timothy Thigpen
officer Jackson star 3481      No. 2021101183

### NOTICE OF MOTION

To: officer Jackson star 3481
3510 S michigan Chicago IL 60653

On June 21st at 2:00 Room 1102 a.m./**p.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable _____ or any judge sitting in that Judge's stead, in the courtroom usually occupied by him/her, located at _____, Illinois, and present _____.

Atty. No.: _____ (Pro se 99500) Telephone: 312-207-1113
Name: Timothy Thigpen     Primary Email: _____
Atty. for: _____     Secondary Email: _____
Address: 5725 W Washington Blvd    Tertiary Email: _____
City/State/Zip Code: Chicago IL 60644

### ☐ PROOF OF SERVICE BY DELIVERY

I, Timothy Thigpen _____, ☐ the attorney ☐ non-attorney certify that on the 17th day of June, I served this notice by delivering a copy personally to each person to whom it is directed.

Dated: 6/7/21 _____
                                                                                   Signature/Certification

### ☐ PROOF OF SERVICE BY MAIL

I, Timothy Thigpen _____, ☐ the attorney ☐ non-attorney certify that I served this notice by mailing a copy to officer Jackson star 3481 at 3510 S michigan Chicago IL 60653
                                                                         (address on envelope) 60653
and depositing the same in the U.S. Mail at _____
                                                       (place of mailing)
at _____ a.m/p.m.. on the _____ day of _____, with proper postage prepaid.

Dated: _____
                                                                                     Signature/Certification

### ☐ PROOF OF ELECTRONIC SERVICE (WHERE PERMISSIBLE)

I, _____ ☐ the attorney ☐ non-attorney certify that on the _____ day of _____, I served this notice electronically ☐ via the Clerk's Office E-filing system, or ☐ by telefax transmission (_____ pages) with consent of the recipient where permissible under Ill. Sup Ct. R.11, at fax no. _____, at _____ a.m./p.m., from _____
                                                                              (Place)

☐ Via email (Sender's Email is _____
Recipient's email is: _____ ).

Dated: _____
                                                                                     Signature/Certification

NOTE: If more than one person is served by delivery or mail, additional proof of service may be made by attaching an additional sheet to this Notice of Motion.

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
Page 1 of 1

Motion - General Form (This form replaces CCMD-39)      (12/01/20) CCG 070

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Timothy Thigpen
_____
Plaintiff(s)

v.

No. 2021011823

Officer Jackson star 2481
_____
Defendant(s)

TO: Officer Jackson star 2481

MOTION BY Timothy Thigpen FOR see Attached for claim

I (We) do hereby certify that a copy of this instrument was served upon all parties who have appeared and have not previously been found by the Court to be in default for failure to plead.

Dated: June/07/2021 , /s/ _____
Attorney Certification

Atty. No.: PRO-se-99500
Name: Timothy Thigpen
Atty. for: _____
Address: 5725 W. Washington Blvd
City/State/Zip: Chicago IL 60644
Telephone: 312-217-1113

IRIS Y. MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

## COUNT I FOR ASSAULT AND BATTERY

1. At all times herein Plaintiff was a resident of the City of Chicago, County of Cook, IL.

2. At all times Defendant Chicago Police Officer Jackson Star No. 3481 was a sworn, duly appointed Chicago Police Officer and upon and information belief has been so for a substantial period of time prior to the incident alleged herein.

3. At all times herein Defendant Jackson owed to Plaintiff a duty of care to refrain from assaulting and battering Plaintiff, and further had a duty to refrain from violating Plaintiff's civil rights as guaranteed by the United States Constitution under the 4th, 5th, 6th and 14th amendment and Illinois Constitution Article 2 §2, 6 and 12.

4. On May 1, 2020 Plaintiff was unlawfully arrested by Defendant Chicago Police Officer Jackson Star No. 3481 at his home at 5725 W. Washington Blvd., Chicago, IL. After Defendant arrested Plaintiff, she handcuffed him with his arms behind his back. She then and there deliberately over tightened the handcuffs causing Plaintiff to lose feeling in his hands and arms. She then ordered him to get into the Chicago Police paddy wagon. As Plaintiff approached the paddy wagon, Defendant grabbed Plaintiff's wrist by the handcuffs, jerked his body up by his handcuffs thereby forcing Plaintiff to fall to his side and causing pain, bruising, swelling, and a sprain to Plaintiff's right wrist.

5. On May 1, 2020 Defendant Chicago Police Officer Jackson did thereby commit the tort of assault and battery in one or more of the following ways:

    a. unlawfully and without just cause used excessive force in an attempt to get Plaintiff into the Chicago paddy wagon;

    b. unlawfully and without just cause grabbed plaintiff's wrists by the handcuffs, squeezed them and then yanked and jerked them violently up towards his upper back;

6. On May 1, 2020 Defendant did the above without the consent or permission of Plaintiff and caused him great bodily harm.

7. As a direct and proximate cause of one or more the foregoing intentional and unlawful acts of excessive and unjustified force upon the Plaintiff he suffered personal injury, including but not limited to a sprain of his right wrist, pain and suffering and continues to suffer and have pain to the present date.

**WHEREFORE** Plaintiff Timothy Thigpen prays that this court enter judgment in his favor and against the Defendant Chicago Police Officer Jackson Star No. 3481 in the amount of $9.500 plus costs of this suit.

## COUNT II FOR VIOLATION OF PLAINTIFF'S CIVIL RIGHTS

1-4 Plaintiff realleges paragraphs 1-4 of Count I as paragraphs 1-4 of Count II.

5. Plaintiff has a cause of action under 42 U.S.C. §1983 and under the Illinois Constitution for violation of his due process rights as guaranteed by both the Federal and State Constitution.

5. On May 1, 2020 Defendant Chicago Police Officer Jackson did thereby violate Plaintiff's constitutional rights under both the Federal and Illinois constitution in one or more of the following ways:

    a. unlawfully and without just cause used excessive force in an attempt to get Plaintiff into the Chicago paddy wagon;

    b. unlawfully and without just cause grabbed plaintiff's wrists by the handcuffs, squeezed them, and then yanked and jerked them violently up towards his upper back;

6. On May 1, 2020 Defendant did the above without the consent or permission of Plaintiff and caused him great bodily harm.

7. As a direct and proximate cause of one or more the foregoing intentional and unlawful acts of excessive and unjustified force upon the Plaintiff he suffered personal injury, including but not limited to a sprain of his right wrist, pain and suffering and continues to suffer and have pain to the present date.

**WHEREFORE** Plaintiff Timothy Thigpen prays that this court enter judgment in his favor and against the Defendant Chicago Police Officer Jackson Star No. 3481 in the amount of $9.500 plus costs of this suit.

                                      Respectfully Submitted,

                                        Timothy Thigpen

Timothy Thigpen
Pro Se—99500
5725 W. Washington Blvd. Unit 2B
Chicago, IL 60644
312.217.11.13

## COUNT I FOR ASSAULT AND BATTERY

1. At all times herein Plaintiff was a resident of the City of Chicago, County of Cook, IL.

2. At all times Defendant Chicago Police Officer Jackson Star No. 3481 was a sworn, duly appointed Chicago Police Officer and upon and information belief has been so for a substantial period of time prior to the incident alleged herein.

3. At all times herein Defendant Jackson owed to Plaintiff a duty of care to refrain from assaulting and battering Plaintiff, and further had a duty to refrain from violating Plaintiff's civil rights as guaranteed by the United States Constitution under the 4th, 5th, 6th and 14th amendment and Illinois Constitution Article 2 §2, 6 and 12.

4. On May 1, 2020 Plaintiff was unlawfully arrested by Defendant Chicago Police Officer Jackson Star No. 3481 at his home at 5725 W. Washington Blvd., Chicago, IL. After Defendant arrested Plaintiff, she handcuffed him with his arms behind his back. She then and there deliberately over tightened the handcuffs causing Plaintiff to lose feeling in his hands and arms. She then ordered him to get into the Chicago Police paddy wagon. As Plaintiff approached the paddy wagon, Defendant grabbed Plaintiff's wrist by the handcuffs, jerked his body up by his handcuffs thereby forcing Plaintiff to fall to his side and causing pain, bruising, swelling, and a sprain to Plaintiff's right wrist.

5. On May 1, 2020 Defendant Chicago Police Officer Jackson did thereby commit the tort of assault and battery in one or more of the following ways:

    a. unlawfully and without just cause used excessive force in an attempt to get Plaintiff into the Chicago paddy wagon;

    b. unlawfully and without just cause grabbed plaintiff's wrists by the handcuffs, squeezed them and then yanked and jerked them violently up towards his upper back;

6. On May 1, 2020 Defendant did the above without the consent or permission of Plaintiff and caused him great bodily harm.

7. As a direct and proximate cause of one or more the foregoing intentional and unlawful acts of excessive and unjustified force upon the Plaintiff he suffered personal injury, including but not limited to a sprain of his right wrist, pain and suffering and continues to suffer and have pain to the present date.

**WHEREFORE** Plaintiff Timothy Thigpen prays that this court enter judgment in his favor and against the Defendant Chicago Police Officer Jackson Star No. 3481 in the amount of $9.500 plus costs of this suit.

## COUNT II FOR VIOLATION OF PLAINTIFF'S CIVIL RIGHTS

1-4 Plaintiff realleges paragraphs 1-4 of Count I as paragraphs 1-4 of Count II.

5. Plaintiff has a cause of action under 42 U.S.C. §1983 and under the Illinois Constitution for violation of his due process rights as guaranteed by both the Federal and State Constitution.

5. On May 1, 2020 Defendant Chicago Police Officer Jackson did thereby violate Plaintiff's constitutional rights under both the Federal and Illinois constitution in one or more of the following ways:

    a. unlawfully and without just cause used excessive force in an attempt to get Plaintiff into the Chicago paddy wagon;

    b. unlawfully and without just cause grabbed plaintiff's wrists by the handcuffs, squeezed them, and then yanked and jerked them violently up towards his upper back;

6. On May 1, 2020 Defendant did the above without the consent or permission of Plaintiff and caused him great bodily harm.

7. As a direct and proximate cause of one or more the foregoing intentional and unlawful acts of excessive and unjustified force upon the Plaintiff he suffered personal injury, including but not limited to a sprain of his right wrist, pain and suffering and continues to suffer and have pain to the present date.

**WHEREFORE** Plaintiff Timothy Thigpen prays that this court enter judgment in his favor and against the Defendant Chicago Police Officer Jackson Star No. 3481 in the amount of $9.500 plus costs of this suit.

Respectfully Submitted,

_____
Timothy Thigpen

Timothy Thigpen
Pro Se—99500
5725 W. Washington Blvd. Unit 2B
Chicago, IL 60644
312.217.11.13

**Exhibit A (Page 11 of 11)**

COOK COUNTY CIRCUIT COURT
CIV01
50 W WASHINGTON ST RM 601
CHICAGO, IL 60602-1313



9269 3901 0661 5400 0162 6390 26

**RETURN RECEIPT (ELECTRONIC)**

20211011823

CPO JACKSON STAR # 3481
CHICAGO POLICE DEPT
3510 S MICHIGAN AVE
**CHICAGO, IL 60653-1020**

**RESTRICTED DELIVERY**

**CONFIDENTIAL**

CUT / FOLD HERE

Zone 1

6"X9" ENVELOPE
CUT / FOLD HERE

CUT / FOLD HERE